Christopher Lee Crawford V98835          C08-2690 CW
Petitioner                                DECLARATION IN SUPPORT
                                          OF REQUEST
Anthony Hedgpeth                          TO PROCEED
Respondent(s)                             IN FORMA PAUPERIS

I, Christopher L Crawford, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

**FILED**

**JUN 1 1 2008**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1. Are you presently employed? ☐ Yes  ☒ No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. ___0___

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. 2004 California Employement temp service I don't have any record of payment

2. Have you received, within the past twelve months, any money from any of the following sources?

   a. Business, profession or form of self-employment?  ☐ Yes  ☒ No
   b. Rent payments, interest or dividends?              ☐ Yes  ☒ No
   c. Pensions, annuities or life insurance payments?   ☐ Yes  ☒ No
   d. Gifts or inheritances?                             ☐ Yes  ☒ No
   e. Any other sources?                                 ☐ Yes  ☒ No

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: _____

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts)
   ☐ Yes  ☒ No

   If the answer is yes, state the total value of the items owned: _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☐ Yes ☒ No

   If the answer is yes, describe the property and state its approximate value: _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: __N/A_____

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on __May 22, 2008__    __Christopher Lee Crawford__
           *Date*                    *Signature of Petitioner*

### CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ __0_____ on account to his credit at the __Kern Valley State Prison_____ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution: __NA_____

__5-28-08__           __Jalasmi — Account Technician__
  *Date*              *Authorized Officer of Institution/Title of Officer*

```
REPORT ID: TS3030  .701                          REPORT DATE: 05/28/08
                                                 PAGE NO:        1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                          KERN VALLEY STATE PRISON
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

               FOR THE PERIOD: DEC. 01, 2007 THRU MAY  28, 2008

ACCOUNT NUMBER : V98835              BED/CELL NUMBER: FDB300000000121U
ACCOUNT NAME   : CRAWFORD, CHRISTOPHER   ACCOUNT TYPE: I
PRIVILEGE GROUP: B
                            TRUST ACCOUNT ACTIVITY
     TRAN
DATE CODE  DESCRIPTION    COMMENT   CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
----- ---- -------------- --------- ---------- ---------- ------------ ----------

12/01/2007   BEGINNING BALANCE                                            0.22

12/12 W516 LEGAL COPY CH  0916/LCOPY                           0.22       0.00

                            TRUST ACCOUNT SUMMARY

  BEGINNING      TOTAL         TOTAL        CURRENT      HOLDS      TRANSACTIONS
   BALANCE      DEPOSITS    WITHDRAWALS     BALANCE     BALANCE     TO BE POSTED
  ---------    ---------    -----------    ---------    --------    ------------
     0.22        0.00          0.22          0.00         0.00         0.00

                                                     CURRENT
                                                    AVAILABLE
                                                     BALANCE
                                                  ---------------
                                                       0.00
                                                  ---------------
```



THE WITHIN INSTRUMENT IS A
CORRECT COPY OF THE TRUST
ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION

BY _____
    TRUST OFFICE



Christopher Lee Crawford V48835
Kern Valley State Prison
P.O. Box 5104
Delano, Ca 93216

Kern Valley State Prison
Facility D, Building 3

United States District Court
For the Northern District US
Courthouse 450 Golden Gate
Avenue San Francisco Ca. 94102