Christopher Lee Crawford

P.O. Box 5104   Delano, Ca 93216

June, 8, 2008

United States District Court
For the Northern District
U.S Courthouse 456 Golden
Gate Avenue, San Francisco
Ca 94102

Dear Sir or Madam
 Petitioner Christopher Lee Crawford has received Federal Court's Copy Of Filling Federal Habeas Corpus along with Informa Pauperis 6·4·08 to the Court's through Petitioner's Counselor, with his signature of out going legal Mail.

Petitioner would like to, first thank the Court for Considering Federal Form and Informa Pauperis at this time. Please if the Court let Petitioner no if Court received Informa Pauperis that was sent out 4·4·08 Thank You.

Petitioner has Copy Of Informa Pauperis

But is un-able to go to law Library, Because of New lockdown 6.6.08 Friday. I asked Officer Burkitt and he is not helpful

Sincerely

Christopher Lee Crawford

*Christopher Lee Crawford*

