# OutGoing Legal Mail Receipt

Name: Christopher L Crawford  CDC#: V98835  Cell: D-312up

Discription: Informa Pauperis, Letter regarding Informa Pauperis, Sent Informapapuis in mail Counseler J Heberle

1. United States District Court for the northern District U.S Courthouse 450 Golden Gate Avenue San Francisco Ca 94102

2.

3.

4.

5.

6.

RECEIVED JUN 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I, the undersigned declare under penalty of perjury the above listed mail was delivered to the officer signing below, and this document executed on the _____ day of _____, 20___, at _____.

Officer receiving mail sign below:
Print Name: J. Heberle
Date: 6-4-08
Signature: [signature] CCI

Inmate Signature: Christopher Lee Crawford
Print Name: Christopher Lee Crawford

# OutGoing Legal Mail Receipt

Name: Christopher Lee Crawford   CDC#: V98835   Cell: 121 up

Discription: Letter to the Court's Federal, regarding I Forma Pauperis arrival.

1. United States District Court house 450 Golden Gate Avenue San Francisco, Ca 94102-3483

2. ✗

3. ✗

4. ✗

5. ✗

6. ✗

I, the undersigned declare under penalty of perjury the above listed mail was delivered to the officer signing below, and this document executed on the __8__ day of __June__, 20 __08__, at __8:58__.

Officer receiving mail sign below:
Print Name: R. BURKETT
Date: 06-08-08
Signature: [signature]

Inmate Signature: Christopher Lee Crawford
Print Name: Christopher Lee Crawford

Christopher Lee Crawford V98835
Petitioner

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

Anthony Hedgpeth
Respondent(s)

I, Christopher L Crawford, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

**COPY**

1. Are you presently employed? ☐ Yes  ☒ No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. __∅__

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. __2004 California Employement temp Service I don't have any record of Payment__

2. Have you received, within the past twelve months, any money from any of the following sources?

   a. Business, profession or form of self-employment?   ☐ Yes  ☒ No
   b. Rent payments, interest or dividends?              ☐ Yes  ☒ No
   c. Pensions, annuities or life insurance payments?    ☐ Yes  ☒ No
   d. Gifts or inheritances?                             ☐ Yes  ☒ No
   e. Any other sources?                                 ☐ Yes  ☒ No

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: _____

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts)
   ☐ Yes  ☒ No

   If the answer is yes, state the total value of the items owned: _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☐ Yes ☒ No

   If the answer is yes, describe the property and state its approximate value: _____

   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: __N/A__

   _____

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on __May 22, 2008__        __Christopher Lee Crawford__
              Date                          Signature of Petitioner

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $__0__ on account to his credit at the __Kern Valley State Prison__ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution: __NA__

_____

__5-28-08__                           __jialanin - Account Technician__
   Date                        Authorized Officer of Institution/Title of Officer

