C08-2690 CW

Christopher Lee Crawford

P.O. Box 5104      Delano, Ca 93216

June 18, 2008

United States District Court
For the Northern District
U.S Courthouse 450 Golden
Gate Avenue San Francisco
Ca 94102.

Dear Sir or Madam:
   I was Granted PLU Status to go to the Law Library. June 10-16-18 was date's Petitioner was issued Ducket's to the Law Library. June 16, Petitioner tryed to let the tower Officer, no I had a ducket for the Law Library, and was told, they will call. June 18, Petitioner had a ducket to the Law Library a third time, Petitioner was Ducketted for 10:00 A.m.

Petitioner was called for yard 6-18-08 Petitioner then gathered His paperwork in regarding in forma pauperis and Proof of Services and, tryed to go to the

Law Library during yard. Petitioner arrived at Library after 2:00 P.M and 2:30 PM and asked Mrs. Rivera, why I wasn't called to Law Library and, she said the officer she called to request inmate access to Law Library for PLU status. Mrs Rivera said officer said Christopher Lee Crawford wasn't in his cell.

Petitioner then told Mrs. Rivera. Petitioner in his cell all Morning. Petitioner then told Mrs. Rivera, Petitioner would write a 602, in regards to the officer Rodriguiz refused to call Christopher Lee Crawford entry to Law Library for PLU status and research.

Petitioner then requested her to make Legal Documents. Mrs. Rivera then took Petitioner's paper work, and then one of the workers asked myself to fill out a trust Account form, and that the copies would be ready tomorrow morning. Buy the grace of God, one of her workers delivered Petitioner's paper work during yard.

Petitioner is asking the Court to please reconsider any delay; and please accept my apology for any delay in presenting in Forma Pauperis at this time. Petitioner is also having problems with the mail room going into Legal Mail from the Court's and ceiling envelope's shut as if know one has opened inmate's Legal Mail from the Court's, guards has also been going in my cellmate's Legal Mail and delivering as if it is regular Mail.

Petitioner feels as if Kern Valley State Prison is trying to make myself and other inmate's lose control, and give the prosecution a bad report so they can keep a innocent man in prison, for the rest of his life for a crime, he didn't committ. If Petitioner has to walk a straight line and go through deprivation, humiliate, degrade my character, Petitioner may not have any family, friends, money any help from any one, Petitioner will present and strive to let everyone no I am innocent, Petitioner mess his freedom, May God bring forth the truth before, the prison kills a innocent man.

Sincerely
Christopher L Crawford
Christopher Lee Crawford

# PROOF OF SERVICE BY MAIL

BY PERSON IN STATE CUSTODY

(Fed. R. Civ.P.5; 28 U.S.C§ 1746)

I, __Christopher Lee Crawford__, declare: I am over 18 years of age and a party to this action. I am a resident of __Kern Valley State Prison__ Prison, in the county of __Kern Valley__, State of California. My prison address is: __Kern Valley State Prison, P.O. Box 5104, Delano, Ca 93216__ on __June 18, 2008__, I served the attached: __Copies of legal Documents__

on the parties herein by placing true and correct copies there of, enclosed in a sealed envelope, with postage thereon fully paid, in the United State Mail in a deposit box so provided at the above-named correctional institution in which I am currently confined. The envelope was address as follows:

__United States District Court for the Northern District U.S Courthouse 450 Golden Gate Avenue San Francisco Ca 94102__

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed on __June 18, 2008__    __Christopher Lee Crawford__
(Date)                              (Declarant signature)



