IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LEE CRAWFORD,<br><br>    Petitioner,<br><br>  v.<br><br>ANTHONY HEDGPETH,<br><br>    Respondent.                     / | No. C 08-02690 CW (PR)<br><br>ORDER DIRECTING PAYMENT OF FILING FEE OR FILING OF IN FORMA PAUPERIS APPLICATION |

Petitioner has filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  However, Petitioner has not paid the requisite $5.00 filing fee or filed the correct application for leave to proceed in forma pauperis (IFP).  On June 11, 2008 Petitioner did file a prisoner's trust account statement along with an incorrect IFP application form.  The Court cannot conduct an initial review of this matter until Petitioner has either paid the filing fee or filed the correct and completed IFP application form.  See 28 U.S.C. § 1915(a) (a party is permitted to file a civil action in federal court without prepayment of fees or security if he makes affidavit that he is unable to pay such fees or give security therefor).

Accordingly, Petitioner shall pay the requisite $5.00 filing fee in this action no later than thirty (30) days from the date of

1 | this Order.  He shall include with his payment a clear indication
2 | that it is for the above-referenced case number, C 08-02690 CW
3 | (PR).  In the event that Petitioner is unable to pay the filing
4 | fee, he shall submit the correct IFP application and certificate of
5 | funds no later than <u>thirty (30) days</u> from the date of this Order.
6 | Failure to pay the filing fee or file the requisite documents
7 | within the thirty-day deadline shall result in dismissal of this
8 | action.
9 |     The Clerk of the Court shall send Petitioner a blank prisoner
10 | IFP application form along with his copy of this Order.
11 |     IT IS SO ORDERED.

Dated:   7/9/08

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER L. CRAWFORD,<br><br>    Plaintiff,<br><br> v.<br><br>ANTHONY HEDGPETH et al,<br><br>    Defendant. | Case Number: CV08-02690 CW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 9, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christopher Lee Crawford V98835        w/ifp appl.
Kern Valley State Prison
P.O. Box 5104
Delano, CA 93216

Dated: July 9, 2008

　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　By: Sheilah Cahill, Deputy Clerk