Christopher Lee Crawford
P.O. Box 5104                                    Delano, Ca 93216

July 17, 2008

Office of The Clerk, U.S District Court
Northern District Of California
1301 Clay St, Suite 400S
Oakland, Ca 94612-5212

**FILED**
JUL 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

08-cv-2690-CW

Re: Requesting For extention, Petitioner is being held in ASU2 For own Protection, Requesting 30 days more.

Dear Judge Claudia Wilkens:

I received your letter, Tuesday the 15th of July. I would like to thank you for your patients. Before your letter arrived, I sent in a request to the Counselors Office; and I have also put in a 602 regarding all of my legal material has been left in the program office, during confinement. I have been requesting since July 3, 2008. The night your notice arrived, I sent the paperwork to the Trust Account; I need help filling out form. As soon as I receive more paper, I can write more detail. Sincerely,

Christopher L. Crawford

STATE OF CALIFORNIA                                                                                                          DEPARTMENT OF CORRECTIONS
**ADMINISTRATIVE SEGREGATION UNIT PLACEMENT NOTICE**
CDC 114-D (Rev 10/98)

| DISTRIBUTION: | |
|---|---|
| WHITE - CENTRAL FILE | CANARY - WARDEN |
| BLUE - INMATE (2ND COPY) | PINK - HEALTH CARE MGR |
| GREEN - ASU | GOLDENROD - INMATE (1ST COPY) |

| INMATE'S NAME | CDC NUMBER |
|---|---|
| CRAWFORD, CHRISTOPHER | V98835 |

### REASON(S) FOR PLACEMENT (PART A)

[X] PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS
[X] JEOPARDIZES INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY
[X] ENDANGERS INSTITUTION SECURITY   [ ] UPON RELEASE FROM SEGREGATION, NO BED AVAILABLE IN GENERAL POPULATION

**DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON(S) FOR PLACEMENT:**
On Thursday, July 3, 2008, while you were housed at Kern Valley State Prison on Facility D, you approached staff stating you were in fear for your safety. During a subsequent interview, you stated that staff were tampering with your legal mail and you believed they were telling other inmates information regarding your case factors. Based on your allegations of serious staff misconduct your presence in the General Population may jeopardize the integrity of the investigation and your self proclaimed safety concerns may threaten the safety of staff, others, yourself and the security of the Institution. Therefore, you are being placed in ASU pending completion of an investigation into your allegations, safety concerns and review by ICC to determine your future housing and program needs. As a result of this placement, your custody, privilege group, visiting status, and credit earning status are subject to change. You are not a participant in the MHSDS at the any level of care. Your TABE score is above 4.0.

[ ] CONTINUED ON ATTACHED PAGE (CHECK IF ADDITIONAL)  [ ] IF CONFIDENTIAL INFORMATION USED, DATE OF DISCLOSURE: __/__/__

| DATE OF ASU PLACEMENT | SEGREGATION AUTHORITY'S PRINTED NAME | SIGNATURE | TITLE |
|---|---|---|---|
| 7/3/08 | W. HAMMER | | LIEUTENANT |

| DATE NOTICE SERVED | TIME SERVED | PRINTED NAME OF STAFF SERVING ASU PLACEMENT NOTICE | SIGNATURE | STAFF'S TITLE |
|---|---|---|---|---|
| 7/3/08 | 1215 | D. Nava | | C/O |

[ ] INMATE REFUSED TO SIGN    INMATE SIGNATURE: Christopher Lee Crawford    CDC NUMBER

### ADMINISTRATIVE REVIEW (PART B)
*The following to be completed during the initial administrative review by Captain or higher by the first working day following placement*

**STAFF ASSISTANT (SA)** | **INVESTIGATIVE EMPLOYEE (IE)**

| STAFF ASSISTANT NAME | TITLE | INVESTIGATIVE EMPLOYEE'S NAME | TITLE |
|---|---|---|---|

**IS THIS INMATE:**

| | | | | |
|---|---|---|---|---|
| LITERATE? | [X] YES [ ] NO | EVIDENCE COLLECTION BY IE UNNECESSARY | [X] YES [ ] NO | |
| FLUENT IN ENGLISH? | [X] YES [ ] NO | DECLINED ANY INVESTIGATIVE EMPLOYEE | [X] YES [ ] NO | |
| ABLE TO COMPREHEND ISSUES? | [X] YES [ ] NO | ASU PLACEMENT IS FOR DISCIPLINARY REASONS | [X] YES [ ] NO | |
| FREE OF MENTAL HEALTH SERVICES DELIVERY SYSTEM NEEDS? | [X] YES [ ] NO | DECLINED 1ST INVESTIGATIVE EMPLOYEE ASSIGNED | [ ] YES | |
| DECLINING FIRST STAFF ASSISTANT ASSIGNED? | [ ] YES | | | |

Any "NO" requires SA assignment            Any "NO" may require IE assignment
[X] NOT ASSIGNED                           [X] NOT ASSIGNED

### INMATE WAIVERS

[X] INMATE WAIVES OR DECLINES INTERVIEW WITH ADMINISTRATIVE REVIEWER   [X] INMATE WAIVES RIGHT TO 72 HOURS PREPARATION TIME
[X] NO WITNESSES REQUESTED BY INMATE    INMATE SIGNATURE: Christopher Crawford    DATE: 4-3-08

### WITNESSES REQUESTED FOR HEARING

| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
|---|---|---|---|
| N/A | | N/A | |
| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
| N/A | | N/A | |

**DECISION:** [ ] RELEASE TO UNIT/FACILITY _____  [X] RETAIN PENDING ICC REVIEW  [X] DOUBLE CELL  [ ] SINGLE CELL PENDING ICC

**REASON FOR DECISION:** RETAIN PENDING ICC D/C W/LIKE CONCERNS SAFETY AND SECURITY OF INST.

| ADMINISTRATIVE REVIEWER'S PRINTED NAME | TITLE | DATE OF REVIEW | TIME | ADMINISTRATIVE REVIEWER'S SIGNATURE | |
|---|---|---|---|---|---|
| M. GALVAN | CAPT. (A) | 7.7.08 | 1735 | M. Galvan | CAPT. (A) |
| CORRECTIONAL ADMINISTRATOR'S PRINTED NAME (if necessary) | | CORRECTIONAL ADMINISTRATOR'S CO-SIGNATURE (if necessary) | | | DATE OF REVIEW |

See chronological Classification Review document (CDC 128 - G) for specific hearing information



UNITED STATES POSTAGE
PITNEY BOWES
$ 00.00⁰
JUL 15 2008
02 1A
0004604192
MAILED FROM ZIP CODE 93215

7-17-08