P.O. Box 5104                                          Delano, Ca 93216
A-yard V98835   C-08-2690-CW          August 4, 2008

Office of The Clerk US District Court
Northern District of California
1301 Clay St. Suite 400 S
Oakland Ca 94612-5212

FILED
AUG - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Re Petitioner was released From ASU 28.1.08 P. Murphy Lt. Came to cell 7.31.08 and said In-Forma Pauperis mailed to wrong Court. Petitioner released without Legal Documents, Transcripts, Federal Copies, State Habeas Corpus Copies over Couple Hundred Pages missing along with Legal research sent from San Quentin Law Office, Chico State University missing. J. Castro Supervising Counselor was sent Copy of Deadline 7.17.08 and never returned orginal copy. Petitioner is requesting the Court order Lt. Hammer from D-yard Program Office to return Legal Documents and hopefully Petitioner receive documents before Prison transfer Petitioner to Folsom Prison, Committee order a transfer. Petitioner Points dropped to level 3. Petitioner is requesting a stay in order to get property Legal and to find what CDC Officers sent In Forma Pauperis to the right court.

Sincerely
Christopher Lee Crawford

IVC

1. Transcripts. Preliminary Hearing Christopher Lee Crawford
2. v The People California, Ray Bain Preliminary Hearing
3. transcripts. Suzan Fehn Preliminary transcripts
4. Doctor Rogers transcripts, Richard Bitner Police Report
5. July 22, 2004. and telephone interview, Ray Bain Police
6. report, interview July 22, 2004. to 3:53-5:05 A.m, Suzan
7. Fehn telephone interview, Carlos stetelo Police Report
8. July 22, residence interview 2.004. michael Hern tape
9. interview at Rude Park; Joyce mayo telephone inter
10. view and police report July 22, 2004. Residence. mrs Golds
11. by 911 Call transcript July 21, 2004 10:00-11:00 P.m
12. and Police Report. Christopher Lee Crawford tape interview
13. July 22, 2004 2:44 + 3:31. 6:04 tape interview July 21, 2004
14. Saleab mizabi Police Report. Solomon wollack Letters
15. to petitioner, Ray Keller Correspondence to petitioner
16. Mathew mc Rosen's Closing Arguements transcripts
17. 60 Pages

## Verification
### C.C.P § § 446, 2015.5; 28 U.S.C § 1746

I Christopher L Crawford, declare under the penalty of perjury that: Letter to the Court

I am the Petitioner in the attached matter; I have read the foregoing document(s) and know the contents thereof; that the same is true of my own personal knowledge, and if called to testify as to the contents thereof, I could do so competently as a sworn witness.

Executed this 8 day of 4, 2008, at Kern Valley State Prison, Delano, Ca 93216-5101

Christopher L Crawford
Declarant

## Declaration of Service by mail
### C.C.P § § 446, 2015.5; 28 U.S.C § 1746

I Christopher Crawford, declare: That I am a resident of Kern Valley State Prison, Delano, California; I am over the age of 18 years; ([ ] I am / [ ] I am not) a party to the above entitled action; my address is P.O. Box 5101, Delano, California 93216-5101. I served the attached document(s) entitled: Proof of Service two Page Letter, total 4 pages

On the persons/parties specified below by placing a true copy of said document(s) into a sealed envelope with the appropriate postage affixed thereto and placing said envelope(s) into the United States mail in a deposit box provided for at the Kern Valley State Prison, Delano, California, addressed as follows

here is First Class mail delivery Service, by the United States mail the places so addressed and/or regular Communication by mail between the place of mailing and the addresses above. I declare under the penalty of perjury that the foregoing is true and correct and at I excuted this Service on this Aug. day of 4, at Kern Valley State Prison, Delano, California 93216-5101

Christopher L. Crawford
Declarant

4



