P.O. Box 5101                                    Delano, Ca 93216
A yard 109                                       August 13, 2008

Office Of The Clerk U.S District Court
Northern District Of California
1301 Clay St, Suite 400S
Oakland, Ca 94612-5212

**FILED**
AUG 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Re. Petitioner was called to Counselor's Office and In Forma Pauperis was sent to Clerk U.S Court Of Appeals For The ninth Circuit P.O Box 193939 San Francisco, California 94119-3939.

Dear Court,
Petitioner was Called to Counselors OFFice And I didn't no it was regarding in Forma Pauperis and when I got there I put a wrong address, as soon as Petitioner came back to cell I Found the right address and alerted the tower officer and he called the Counselor and there was no answer. But he said he will leave a message.

Petitioner will Send his Copy, and he may be called into Counselor's office to Fix the error. Petitioner hasn't received his legal work yet Prison may have destroyed material in retaliection For writing 602.

Sincerely
Christopher L. Crawford

Christopher Lee Crawford V98835
Kern Valley State Prison
P.O. Box 5101 A-6
Delano, Ca 93216

United State District Court
For the Northern District house
450 Golden Gate Avenue
San Francisco, Ca 94102





Kern Valley State Prison
Facility A, Building 6

