**FILED**

AUG 1 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

|  |  |  |  |
|---|---|---|---|
| | ) | | |
| Plaintiff, | ) | CASE NO. C-08-02690 CW | |
| | ) | | |
| vs. | ) | **PRISONER'S** | |
| | ) | **APPLICATION TO PROCEED** | |
| | ) | **IN FORMA PAUPERIS** | |
| | ) | | |
| Defendant. | ) | | |
| | ) | | |

I, Christopher L Crawford, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.     Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: n/a _____ Net: n/a _____

Employer: n/a _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net

2  salary and wages per month which you received.   (If you are imprisoned, specify the last

3  place of employment prior to imprisonment.)

4  *CEO. California Employement Opportunity*

5  *San Leandro California. went out of Business*

6  *and I don't have the other needed information.*

7  2.    Have you received, within the past twelve (12) months, any money from any of the

8  following sources:

9      a.    Business, Profession or      Yes ____ No ✓

10            self employment

11      b.    Income from stocks, bonds,      Yes ____ No ✓

12            or royalties?

13      c.    Rent payments?      Yes ____ No ✓

14      d.    Pensions, annuities, or      Yes ____ No ✓

15            life insurance payments?

16      e.    Federal or State welfare payments,      Yes ____ No ✓

17            Social Security or other govern-

18            ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21  _____ *N/a* _____

22  _____ *N/a* _____

23  3.    Are you married?      Yes ____ No ✓

24  Spouse's Full Name: _____ *N/a* _____

25  Spouse's Place of Employment: _____ *N/a* _____

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $ ____ *N/a* ____ Net $ *N/a* ____

28  4.    a.    List amount you contribute to your spouse's support:$ *N/a* ____

1   b.    List the persons other than your spouse who are dependent upon you for

2         support and indicate how much you contribute toward their support. (NOTE:

3         For minor children, list only their initials and ages.  DO NOT INCLUDE

4         THEIR NAMES.).

5   _____n/a_____

6   _____n/a_____

7   5.    Do you own or are you buying a home?        Yes ___ No ✓

8   Estimated Market Value: $ __n/a__ Amount of Mortgage: $ __n/a__

9   6.    Do you own an automobile?                    Yes ___ No ✓

10  Make ____n/a____ Year __n/a__ Model __n/a__

11  Is it financed? Yes ____ No n/a If so, Total due: $ n/a

12  Monthly Payment: $ __n/a__

13  7.    Do you have a bank account?  Yes ____ No ✓ (Do not include account numbers.)

14  Name(s) and address(es) of bank: __n/a__

15  _____

16  Present balance(s): $ ____n/a____

17  Do you own any cash?  Yes ___ No ✓ Amount: $ ____n/a____

18  Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

19  market value.)  Yes ___ No ✓

20  _____

21  8.    What are your monthly expenses?

22  Rent: $ ____n/a____ Utilities: ____n/a____

23  Food: $ ____n/a____ Clothing: ____n/a____

24  Charge Accounts:

25  Name of Account        Monthly Payment        Total Owed on This Acct.

26  __n/a__        $ __n/a__        $ __n/a__

27  __n/a__        $ __n/a__        $ __n/a__

28  __n/a__        $ __n/a__        $ __n/a__

1    9.    Do you have any other debts? (List current obligations, indicating amounts and to

2    whom they are payable. Do not include account numbers.)

3    _____ n/a _____

4    _____ n/a _____

5    10.    Does the complaint which you are seeking to file raise claims that have been presented

6    in other lawsuits?    Yes ___ No ✓ n/a

7    Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8    which they were filed.    n/a

9    _____ n/a _____

10   _____ n/a _____

11       I consent to prison officials withdrawing from my trust account and paying to the court

12   the initial partial filing fee and all installment payments required by the court.

13       I declare under the penalty of perjury that the foregoing is true and correct and

14   understand that a false statement herein may result in the dismissal of my claims.

15   7·22·08

16   _____        Christopher Lee Crawford

17        DATE                    SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case Number: _C - 08-02690CW_

## CERTIFICATE OF FUNDS

### IN

### PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account

statement showing transactions of *Crawford, Christopher* for the last six months

V 98835

[prisoner name]

*Kern Valley State Prison* where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the

most recent 6-month period were $ _____ Ø _____ and the average balance in the prisoner's

account each month for the most recent 6-month period was $_____ Ø _____.

Dated: _04/08_

_V. Scruggs (Acct Tech_

[Authorized Officer of the institution]

- 5 -

REPORT ID: TS3030 .701                          REPORT DATE: 07/24/08
                                                     PAGE NO:      1

                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                          KERN VALLEY STATE PRISON
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

            FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 24, 2008

ACCOUNT NUMBER : V98835              BED/CELL NUMBER: ASU200000000128U
ACCOUNT NAME   : CRAWFORD, CHRISTOPHER    ACCOUNT TYPE: I
PRIVILEGE GROUP: B
                         TRUST ACCOUNT ACTIVITY


    << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                      TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

                                          CURRENT
                                         AVAILABLE
                                          BALANCE
                                        ---------------
                                             0.00
                                        ---------------
                                        ---------------

arrived
12/15/05