RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

AUG 18 2008

FILED
AUG 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED _____
DOCKETED _____
                    DATE       INITIAL

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

|                          |   |                                          |
|--------------------------|---|------------------------------------------|
|            Plaintiff,    | ) | CASE NO. C-08-02690 CW                   |
|     vs.                  | ) | PRISONER'S                               |
|                          | ) | APPLICATION TO PROCEED                   |
|                          | ) | IN FORMA PAUPERIS                        |
|            Defendant.    | ) |                                          |

I, Christopher L Crawford, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am ~~entitled to relief.~~

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: n/a                            Net: n/a

Employer: n/a

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  *CEO. California Employement Opportunity*
5  *San Leandro California. Went out of Business*
6  *and I don't have the other needed information.*
7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.  Business, Profession or                        Yes ___ No ✓
10         self employment
11     b.  Income from stocks, bonds,                    Yes ___ No ✓
12         or royalties?
13     c.  Rent payments?                                Yes ___ No ✓
14     d.  Pensions, annuities, or                       Yes ___ No ✓
15         life insurance payments?
16     e.  Federal or State welfare payments,            Yes ___ No ✓
17         Social Security or other govern-
18         ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.  *n/a*
21  *n/a*
22
23  3.  Are you married?                                 Yes ___ No ✓
24  Spouse's Full Name: *n/a*
25  Spouse's Place of Employment: *n/a*
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $ *n/a*                    Net $ *n/a*
28  4.  a.  List amount you contribute to your spouse's support: $ *n/a*

PRIS. APP. TO PROC. IN FORMA PAUPERIS           - 2 -

|   |   |   |
|---|---|---|
| 1 | b. | List the persons other than your spouse who are dependent upon you for |
| 2 |   | support and indicate how much you contribute toward their support. (NOTE: |
| 3 |   | For minor children, list only their initials and ages.  DO NOT INCLUDE |
| 4 |   | THEIR NAMES.). |

n/a
n/a

5. Do you own or are you buying a home?   Yes ___ No ✓
Estimated Market Value: $ n/a   Amount of Mortgage: $ n/a
6. Do you own an automobile?   Yes ___ No ✓
Make n/a   Year n/a   Model n/a
Is it financed? Yes ___ No n/a   If so, Total due: $ n/a
Monthly Payment: $ n/a
7. Do you have a bank account?   Yes ___ No ✓ (Do not include account numbers.)
Name(s) and address(es) of bank: n/a

Present balance(s): $ n/a
Do you own any cash? Yes ___ No ✓   Amount: $ n/a
Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes ___ No ✓

8. What are your monthly expenses?
Rent: $ n/a   Utilities: n/a
Food: $ n/a   Clothing: n/a
Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| n/a | $ n/a | $ n/a |
| n/a | $ n/a | $ n/a |
| n/a | $ n/a | $ n/a |

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do <u>not</u> include account numbers.)
3  _____n/a_____
4  _____n/a_____
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___  No ✓ n/a
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____n/a_____
10 _____n/a_____
11     I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

15
16  7·22·08                              Christopher Lee Crawford
17    DATE                                 SIGNATURE OF APPLICANT

Case Number: C-08-02690CW

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Crawford, Christopher_ V98835 for the last six months
[prisoner name]
_Kern Valley State Prison_ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ ___0___ and the average balance in the prisoner's account each month for the most recent 6-month period was $___0___.

Dated: 8/4/08        V. Scruggs Acct Tech
                     [Authorized officer of the institution]

```
REPORT ID: TS3030  .701                           REPORT DATE: 07/24/08
                                                  PAGE NO:         1
                CALIFORNIA DEPARTMENT OF CORRECTIONS
                     KERN VALLEY STATE PRISON
                   INMATE TRUST ACCOUNTING SYSTEM
                   INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 24, 2008

ACCOUNT NUMBER : V98835              BED/CELL NUMBER: ASU200000000128U
ACCOUNT NAME   : CRAWFORD, CHRISTOPHER   ACCOUNT TYPE: I
PRIVILEGE GROUP: B
                          TRUST ACCOUNT ACTIVITY

    << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                          TRUST ACCOUNT SUMMARY

    BEGINNING      TOTAL        TOTAL       CURRENT       HOLDS      TRANSACTIONS
     BALANCE     DEPOSITS    WITHDRAWALS    BALANCE      BALANCE     TO BE POSTED
    ---------    ---------   -----------   ----------   ---------   ------------
        0.00        0.00         0.00         0.00         0.00          0.00


                                              CURRENT
                                             AVAILABLE
                                              BALANCE
                                            -----------
                                                0.00
```

THE WITHIN INSTRUMENT IS A
CORRECT COPY OF THE TRUST
ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION
BY _____
      TRUST OFFICE

arrived
12/15/05



Christopher Lee Craw Ford V98835
Kern Valley State Prison
P.O. Box 5101
Delano, Ca 93216

Clerk, U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, Ca 94119-3939

