P.O. Box 5101
A-8 132 up

Delano, Ca 93216
8- -08

Office of The Clerk U.S District Court
Northern District of California
1301 Clay St. Suite 400S
Oakland, Ca 94612-5212

Re: Petitioner Legal work has been lost, outgoing legal mail Has Been illegally tampering with outgoing also.

C-08-2690-CW

Dear Sir or Madam

Petitioner is requesting the court to order Lt. Hammer to return legal material to Petitioner. Petitioner is requesting the Court inform the Internal Affairs of possible mail tampering and destruction of legal confidential Legal mail incoming, outgoing Legal mail, and destruction of legal Documents, Transcripts, Briefs, Habeas Corpuses Federal and State Legal materials, Informa Pauperis inmate's copy sent to courts 8-11-08 week Officer Kirby A-6- 3rd watch Officer Destroyed out going legal Mail and Justice department. 602's are not doing any good; Appeals coordinator is giving inmate the run around in regarding legal property; Requesting outside help.

Sincerely
Christopher Lee Crawford
Christopher Lee Crawford

FILED
AUG 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## VERIFICATION

(C.C.P. §§ 446, 2015.5; 28 U.S.C. § 1746)

I, **Christopher L Crawford**, declare under the penalty of perjury that:

I am the **Petitioner** in the attached matter; I have read the foregoing document(s) and know the contents thereof; that the same is true of my own personal knowledge, and if called to testify as to the contents thereof, I could do so competently as a sworn witness.

Executed this **August** day of **24**, 20 **08**, at Kern Valley State Prison, Delano, CA. 93216-5101.

*Christopher Lee Crawford*
Declarant

..................................................

### DECLARATION OF SERVICE BY MAIL

(C.C.P. §§ 446, 2015.5; 28 U.S.C. § 1746)

I, **Christopher Lee Crawford**, declare: That I am a resident of Kern Valley State Prison, Delano, California; I am over the age of 18 years; ( [] I am / [] I am not ) a party to the above entitled action; My address is P.O. Box 5101, Delano, California 93216-5101. I served the attached document(s) entitled: **[Letter.] Proof Of Service**

On the persons/parties specified below by placing a true copy of said document(s) into a sealed envelope with the appropriate postage affixed thereto and placing said envelope(s) into the United States Mail in a deposit box provided for at the Kern Valley State Prison, Delano, California, addressed as follows: **Kern Valley State Priso. P.O. Box 5101 Delano, Ca 93216.**

There is First Class mail delivery service by the United States Mail at the places so addressed and/or regular communication by mail between the place of mailing and the addresses above. I declare under the penalty of perjury that the foregoing is true and correct and that I executed this service on this **Aug** day of **24**, 20 **08**, at Kern Valley State Prison, Delano, Califrnia 93216-5101.

*Christopher Lee Crawford*
Declarant





